## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAM C. NGUYEN            :        CIVIL ACTION
                             :
                             :
v.                           :        NO. 09-4977
                             :
LOUIS FOLINO, et al         :
           Defendant       :

## O R D E R

      **AND NOW**, this    29th    day of June, 2011, upon *de novo* consideration of the

Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254, and the Response

thereto, and after review of the thorough and well-reasoned Report and Recommendation

of United States Magistrate Judge L. Felipe Restrepo and the petitioner's objections to

the Report and Recommendation, it is hereby ORDERED that:

      1.      Petitioner's objections to the Report and Recommendation are

OVERRULED;

      2.      The Report and Recommendation is APPROVED and ADOPTED.

      3.      The petition for Writ of Habeas Corpus is DENIED.

      3.      A certificate of appealability shall not issue since, for the reasons set forth

in the Report and Recommendation, petitioner has not made a substantial showing of the

denial of a constitutional right.

                             BY THE COURT:


                             /s/ *Lawrence F. Stengel*
                             LAWRENCE F. STENGEL, J.